_____

No. 96-1504MN
_____

Gregory Jaunich,                          *
                                          *
                Appellant,                *
                                          *     Appeal from the United States
        v.                                *     District Court for the District
                                          *     of Minnesota.
United States Commodity Futures           *
Trading Commission,                       *              [UNPUBLISHED]
                                          *
                Appellee.                 *
_____

                    Submitted:  November 20, 1996

                     Filed:  November 27, 1996
_____

Before FAGG, WOLLMAN, and HANSEN, Circuit Judges.
_____


PER CURIAM.


        Based on the record before us, we find no error that would require
reversal.  We thus affirm.  <u>See</u> 8th Cir. R. 47B.


        A true copy.


                Attest:


                        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.